IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02075-RPM

REX PENLAND,

    Plaintiff,

v.

DAVID DICK,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the stipulation for dismissal [29] filed on December 29, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated: December 30th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge